In the Matter of the Claim of PAUL HELFRICK, Respondent, against DAHLSTROM METALLIC DOOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and for leave to appeal to Court of Appeals denied. Decision* is amended to state that the constitutional question raised by the appellants is overruled; and in affirming the award this court did not review the facts, except to ascertain that there was evidence to sustain the finding, but accepted the decision of the Board as final in accordance with the provisions of section 20 of the Workmen's Compensation Law.†

In the Matter of the Claim of JOSEPH SZWEDO, Appellant, PAULINE SZWEDO, Respondent, against THE SCALA PACKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of THINA (TINA) BODNELAND, Respondent, against SAM AZERSKY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of CATHERINE McMORROW, Respondent, against NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of CARL WIGREN, Respondent, against AUTOMATIC REGISTERING MACHINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals denied.

WILLIAM H. McDONALD, Respondent, v. AMSTERDAM BUILDING COMPANY, Appellant.— Motion to dismiss appeal denied. At respondent's option, if his brief is prepared and ready, the case may go to the foot of the present calendar to be argued or submitted; otherwise, to go over the term, ready to argue at the March term.

MICHAEL MATACCHIERO, an Infant, by NUNZIO MATACCHIERO, His Guardian ad Litem, Appellant, v. YELLOW ALBANY CAB CO., INC., and HYMAN ZUSMAN, Respondents. NUNZIO MATACCHIERO, Appellant, v. YELLOW ALBANY CAB CO., INC., and HYMAN ZUSMAN, Respondents.— Motion to dismiss appeals denied. Plaintiff to file records and briefs. At the option of the respondents case may be set down for Tuesday, January twentieth; otherwise, to be ready for argument at the March term,

* See 231 App. Div. 775, 776.— [REP.

† Amd. by Laws of 1928, chap. 754.— [REP.